UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 4:07-CV-00238-HEA ) |
| JOHNSTOWN AXLE CORPORATION, TRINITY INDUSTRIES, INC., and STANDARD FORGED PRODUCTS, INC., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Joint Motion To Extend Referral To ADR.

The motion is hereby GRANTED. The ADR deadline is hereby extended to **July 31, 2008**.

ENTERED: 5/28/08              _____
                                              JUDGE

4743093.1